# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR04156-MMA |
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS** |
| v. | |
| GARY DAVID MADDOX (6), | [Doc. No. 233] |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the underlying Indictment and the Superseding Indictment in the above-referenced case are dismissed, without prejudice, as to defendant GARY DAVID MADDOX only.

**IT IS FURTHER ORDERED** that bond set in this matter as to defendant GARY DAVID MADDOX is exonerated.

**IT IS SO ORDERED.**

DATE: 7-1-2013

HON. MICHAEL M. ANELLO
United States District Judge